# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY L. PRITCHARD,       ) | CV F- 02-5947 OWW DLB P |
|                            ) | |
|              Plaintiff,    ) | ORDER DIRECTING PLAINTIFF TO |
|                            ) | SUBMIT USM 285 FORMS |
|     v.                     ) | |
|                            ) | |
| F. BROWN, et al.,          ) | |
|                            ) | |
|              Defendants.   ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is the amended complaint, filed November 18, 2002.

The amended complaint appears to state a cognizable claim for relief under.   Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        F. Brown

        J. Keener

        F. Martinez

        R. Speidell

1 | M. Randolph
2 | 2. | The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5)
3 | | summons, a Notice of Submission of Documents form, an instruction sheet and a
4 | | copy of the amended complaint filed November 18, 2002.
5 | 3. | Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the
6 | | attached Notice of Submission of Documents and submit the completed Notice to the
7 | | Court with the following documents:
8 | | a. Completed summons;
9 | | b. One completed USM-285 form for each defendant listed above; and
10 | | c. Six (6) copies of the endorsed amended complaint filed November 18, 2002.
11 | 4. | Plaintiff need not attempt service on Defendants and need not request waiver of
12 | | service. Upon receipt of the above-described documents, the court will direct the
13 | | United States Marshal to serve the above-named Defendants pursuant to Federal Rule
14 | | of Civil Procedure 4 without payment of costs.
15 | 5. | <u>The failure to comply with this Order will result in a Recommendation that this action
16 | | be dismissed.</u>
17 | IT IS SO ORDERED.
18 | **Dated:   August 30, 2005**          **/s/ Dennis L. Beck**
   | 3c0hj8                                UNITED STATES MAGISTRATE JUDGE