IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HARVEY L. PRITCHARD,** Plaintiff, v. **F. BROWN, et al.,** Defendants. | NO. **1:02-CV-5947 OWW DLB P** **ORDER** |

Defendant's first request for an extension of time to file a responsive pleading was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that the responsive pleading is extended to and including January 25, 2006.

IT IS SO ORDERED.

Dated:   **December 22, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE