IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HARVEY L. PRITCHARD,** | Case No. 1:02-cv-5947-LJO-DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES** |
| v. | |
| **F. BROWN, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's interrogatories was considered by the Court, and good cause appearing, Defendants' request is granted.

**IT IS HEREBY ORDERED** that the deadline for Defendants to serve their responses to Plaintiff's interrogatories is extended, to and including June 30, 2007.

IT IS SO ORDERED.

Dated:   May 21, 2007              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1