EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
DAVID N. SUNADA, State Bar No. 139096
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
  Telephone: (916) 327-7858
  Fax: (916) 324-5205
  Email: David.Sunada@doj.ca.gov

Attorneys for Defendants Brown, Keener, Martinez, Randolph, and Speidell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HARVEY L. PRITCHARD,** | CASE NO. 1:02-cv-5947 LJO DLB (PC) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |
| v. | |
| **F. BROWN, et al.,** | |
| Defendants. | |

On June 29, 2007, Defendants sought a second extension of time of twenty-three days, up to and including July 23, 2007, within which to respond to Plaintiff's interrogatories.

Good cause appearing, Defendants' request is granted.

IT IS SO ORDERED.

Dated:   **July 11, 2007**         /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1