# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY LEE PRITCHARD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>F. BROWN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-02-5947 LJO DLB P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2007, plaintiff filed a motion to compel responses to his discovery from defendants. Defendants are HEREBY ordered to respond to plaintiff's motion within 20 days of this Order.

　　　IT IS SO ORDERED.

　　　**Dated:   October 25, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1