# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY PRITCHARD,<br><br>        Plaintiff,<br><br>   v.<br><br>F. BROWN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-cv-5947-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 55) |

      Plaintiff Harvey Lee Pritchard, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On April 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days.  The parties have not filed timely objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 17, 2008, is adopted in full; and
2. Defendants' motion for summary judgment, filed January 28, 2008 is granted, thus concluding this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 27, 2008**                         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE